

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00070-CR

**DONTRE HENDERSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 77th District Court
### Freestone County, Texas
### Trial Court No. 19-019-CR

## MEMORANDUM  OPINION

Dontre Henderson attempts to appeal his conviction for delivery of a controlled substance. The certificate of right to appeal indicates that this is a plea bargain case and that Henderson waived his right to appeal. TEX. R. APP. P. 25.2(d). Moreover, it appears that the notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1). The sentence was imposed on November 25, 2019, and Henderson filed his notice of appeal on February 19, 2020. Henderson's notice of appeal is untimely.

Notwithstanding that we are dismissing this appeal, Henderson may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Henderson desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2 (a).

For the reasons stated, this appeal is dismissed.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal dismissed
Opinion delivered and filed February 26, 2020
Do not publish
[CRPM]

